ENTER/JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
JUN 1 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL MALÍK ÍBN SAAFÍR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. CV 08-3606 JFW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related memorandum and order.

DATED: June 12, 2008　　　　　　/s/　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 1 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY